FILED

May 12 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Rodrigo Santos<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:20-mj-70551 LB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 2017-March 2020** in the county of **San Francisco** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank fraud |

This criminal complaint is based on these facts:

Please refer to the affidavit of FBI Special Agent Allison Lopez.

X ☐ Continued on the attached sheet.

Approved as to form *Abraham Fine*
AUSA Abraham Fine

/s Allison Lopez
*Complainant's signature*

FBI Special Agent Allison Lopez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 11, 2020

*Judge's signature*

City and state: San Francisco, CA

U.S. Magistrate Judge Laurel Beeler
*Printed name and title*

Print   Save As...   Attach   Reset