Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
randallknoxlaw@gmail.com

Attorney for Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | } | No. CR-21-268-SI |
| Plaintiff, | } | |
| v. | } | **NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |
| RODRIGO SANTOS, | } | |
| Defendant. | } | |
| UNITED STATES, | } | Nos. 21-CR-00453-VC-1 and |
| Plaintiff, | } | 21-CR-00453-VC-2 |
| v. | } | **NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |
| BERNARD CURRAN and RODRIGO SANTOS, | } | |
| Defendants. | } | |

**TO THE UNITED STATES AND THE ABOVE COURT:**

   **NOTICE IS GIVEN** that in accordance with Local Rule 8-1, the above indicted cases are related and should be assigned to a single judge.

   Defendant Rodrigo Santos ("Santos") is a structural engineer, permit expediter, and former President of the San Francisco Building Inspection Commission. The alleged misconduct described

1

in both of the alleged Indictments stems from Santos' work as a permit expediter hired by property owners and building project sponsors to facilitate the issuance of building permits and inspections of building projects by the San Francisco Department of Building Inspections ("DBI").

In CR-21-268-SI, Santos is charged with Bank Fraud under to 18 U.S.C. § 1344(2) for allegedly diverting checks from clients intended for the "Golden Gate Youth Rugby Association" ("GGYRA"), public officials and public agencies. Santos is alleged to have told clients that their checks were for permit fees, to secure entitlements, or to influence DBI Senior Inspector Bernard Curran. Nine of the checks, totaling $10,000, were made out to GGYRA.

In 21-CR-00453-VC, Santos is charged with codefendant Bernard Curran ("Curran") in a two-count Indictment alleging Conspiracy to Commit Honest Services Wire Fraud under 18 U.S.C. §§ 1343, 1346, and 1349; and Honest Services Wire Fraud under 18 U.S.C. §§ 1343 and 1346, for essentially the same conduct and based on Building Inspector Curran's ties to the GGYRA.

The cases qualify as related under Crim. L. R. 8-1(b). Rodrigo Santos is a defendant in both actions. Checks written by clients of Santos to GGYRA are the basis of charges in both actions. On information and belief, Bernard Curran inspected the majority of projects involved in both actions.

    Both actions involve the role played by permit expediters and DBI in the permit inspection and approval process of real estate development.  Specifically, the government alleges in the bank fraud case that Santos was able to divert funds from clients because of his work as their permit expediter.  In the theft of honest services case the prosecution contends that Santos used his position as permit expediter to wrongfully influence Curran to inspect and approve projects.

    There will be a substantial duplication of effort and the possibility of unnecessary expenses if the cases are heard by different judges.  A knowledge of the complex process for securing building permits and approvals from DBI will be needed to understand the allegations against Santos and his defenses.

    Accordingly, Defendant Rodrigo Santos gives this notice that CR-21-268-SI and 21-cr-00453-VC-2 are related cases. The undersigned has contacted Philip Kearney, counsel for co-defendant Curran, who does not object to the matter in 21-CR-00453-VC being related to the older matter in CR-21-268-SI.

Dated:  December 16, 2021          Respectfully submitted,

                                                      _____
                                                      Randall Knox
                                                      Attorney for Rodrigo Santos