1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  CASEY BOOME (NYBN 5101845)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6627
7       FAX: (415) 436-7234
        Email: casey.boome@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            )  **CASE NO.** NO. CR 21-268-SI
                                        )
14      Plaintiff,                      )  STIPULATION AND [~~PROPOSED~~] ORDER
                                        )  CONTINUING STATUS CONFERENCE AND
15      v.                              )  EXCLUDING SPEEDY TRIAL TIME
                                        )
16 RODRIGO SANTOS,                      )
                                        )  Hon. Susan Illston
17      Defendant.                      )
                                        )

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND [~~PROPOSED~~] ORDER
   NO. CR 21-268-SI

1  The above-captioned matter is set for a status conference on April 22, 2021, at 11:00 a.m.  After
2 consultation with the courtroom deputy, the parties jointly request that the status conference be
3 continued to July 22, 2022, at 11:00 a.m. and that the time between April 22, 2022, and July 22, 2022,
4 be excluded from computation under the Speedy Trial Act.  Mr. Santos is out of custody.  This
5 continuance will provide defense counsel with needed time for effective preparation of counsel,
6 including reviewing discovery and investigating the facts and circumstances surrounding the allegations
7 in the indictment, and provide for continuity of counsel.  The government has produced substantial
8 discovery, including voluminous financial records, which defense counsel requires additional time to
9 review and analyze.  Additionally, counsel for Mr. Santos is set to begin a three-week jury trial in San
10 Mateo County Superior Court on May 13, 2022, and government counsel is set to begin a two-week jury
11 trial on June 6, 2022, in *United States v. Rhodes*, CR 17-0093-WHA.  Therefore, the parties request a
12 continuance until July 22, 2022, on which date the parties expect to propose a resolution for the Court's
13 approval or request a trial date.  The parties stipulate that the interest of justice outweighs the interest of
14 the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).  Therefore, the parties
15 respectfully request that the April 22, 2022, status conference be continued to July 22, 2022, and that the
16 time between April 22, 2022, and July 22, 2022, 2022, be excluded from computation under the Speedy
17 Trial Act.

19 DATED:  April 19, 2022                                Respectfully submitted,

                                                        STEPHANIE M. HINDS
                                                        United States Attorney


                                                        _____/s/_____
                                                        CASEY BOOME
                                                        Assistant United States Attorney


25 DATED:  April 19, 2022                                _____/s/_____
                                                        RANDALL KNOX
                                                        Counsel for Defendant

STIPULATION AND [PROPOSED] ORDER
NO. CR 21-268-SI

**[PROPOSED] ORDER**

For the reasons stated above, the Court finds that the interest of justice served by granting a continuance outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). Accordingly, the Court HEREBY ORDERS that the April 22, 2022, status conference shall be continued to July 22, 2022, at 11:00 a.m. and that the time between April 22, 2022, and July 22, 2022, shall be excluded from computation under the Speedy Trial Act. Based on the stipulation of the parties, the Court finds this exclusion necessary to allow for the effective preparation of counsel and continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 19, 2022

HON. SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. CR 21-268-SI