UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>RODRIGO SANTOS,<br>　　　　　Defendant. | Case No. 21-cr-00268-SI-1<br><br>**ORDER RELATING CASES**<br>Re: Dkt. No. 61 |

A Notice of Related Case has been filed, suggesting that the following cases are related within the meaning of Criminal LR 8-1(b):

21-CR-268 SI, United States v. Rodrigo Santos;

22-CR-345 TLT, United States v. Rodrigo Santos.

The Court finds that the two cases are related. Both cases were filed against the same defendant and the same alleged events, occurrences, transactions, or property. Specifically, in 22-CR-345 the government alleges that the defendant failed to pay federal income taxes on the income from the activities charged in 22-CR-268. Both actions appear likely to entail substantial duplication of labor if heard by different judges.

Pursuant to Civil LR 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.

**IT IS SO ORDERED.**

Dated: October 6, 2022

_____
SUSAN ILLSTON
United States District Judge